**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.   NO. 4:16CR00016-001  SWW | |
| DARRIN HALTON | DEFENDANT |

<u>ORDER</u>

The Court has determined that the jury trial shall be moved to ***TUESDAY, OCTOBER 18, 2016 AT 9:30 A.M.***, ***IN COURTROOM #A530*** to allow time to schedule the plea and sentencing hearing. Counsel should be present 30 minutes prior to the time of trial for any pretrial matters.

IT IS SO ORDERED this 20th day of September 2016.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE