# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                         4:16CR00016-001 SWW

DARRIN HALTON                                                                         DEFENDANT

### ORDER

The plea and sentencing hearing previously scheduled October 12, 2016 will be rescheduled in order to arrange the transportation of defendant.

IT IS THEREFORE ORDERED that the plea and sentencing hearing is continued until ***MONDAY, OCTOBER 17, 2016 AT 2:00 P.M.***, in Room #389, Richard Sheppard Arnold United States Courthouse, 600 W. Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 20th day of September 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE